# EXHIBIT "A"

York County Prothonotary Civil E-Filed - 13 Mar 2023 07:46:58 AM
Case Number: 2023-SU-000715

IN THE COURT OF COMMON PLEAS OF YORK COUNTY, PENNSYLVANIA
CIVIL DIVISION

JARIELLY RIVERA                                        : NO:
55 Talbott Street                                      :
Brooklyn, MD 21225                                     :
                        Plaintiff                      :
                                                       :
                   VS                                  :
                                                       :
                                                       :
YORK COUNTY AGRICULTURAL SOCIETY                       :
d/b/a YORK STATE FAIR                                  :
YORK EXPO CENTER                                       :
334 Carlisle Avenue                                    :
York, PA 17404                                         :
                                                       :
YORK FAIR – YORK EXPO CENTER                           :
334 Carlisle Avenue                                    :
York, PA 17404                                         :
                                                       :
                                                       :
YORK STATE FAIR                                        :
334 Carlisle Avenue                                    :
York, PA  17404                              AND       :
                                                       :
STRATES SHOWS, INC.                                    :
10600 South Orange Avenue                              :
Orlando, FL 32824                                      :
                        Defendants                     : JURY TRIAL DEMANDED

### PRAECIPE FOR SUMMONS

TO THE PROTHONOTARY OF SAID COURT:

Issue Summons in Trespass in the above case.

_____ Writ of Summons shall be issued and forwarded to the Sheriff.

___X___ Writ of Summons shall be issued and forwarded to the Attorney.

Date: March 13, 2023

_____
Evan J. Kline, Esquire   ~   ID #70283
110 North George Street, 3rd Floor
York, PA  17401
(717) 848-3838 ~ Attorney for Plaintiff

York County Prothonotary Civil E-Filed - 13 Mar 2023 07:46:58 AM
Case Number: 2023-SU-000715

## SUMMONS IN CIVIL ACTION

To: York County Agricultural Society d/b/a York State Fair – York Expo Center; York Fair – York Expo Center; York State Fair; and Strates Shows, Inc.

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF HAS COMMENCED AN ACTION AGAINST YOU.

*Allison Bleu*

Prothonotary/Clerk, Civil Division
By:

Date: _3-13-23_

Deputy

York County Prothonotary Civil E-Filed - 13 Mar 2023 07:46:58 AM
Case Number: 2023-SU-000715

### CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Evan J. Kline, Esquire       #70283

Katherman Briggs & Greenberg

110 North George Street, 3rd Floor

York, PA 17401

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____ YORK _____ County

| | |
|---|---|
| York County Prothonotary Civil E-Filed - 13 Mar 2023 07:46:58 AM | |
| Case Number: 2023-SU-000715 | |
| *For Prothonotary Use Only:* | |
| Docket No: | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**S E C T I O N   A**

**Commencement of Action:**
- [ ] Complaint
- [X] Writ of Summons
- [ ] Transfer from Another Jurisdiction
- [ ] Petition
- [ ] Declaration of Taking

Lead Plaintiff's Name:
JARIELLY RIVERA

Lead Defendant's Name:
YORK COUNTY AGRICULTURAL SOCIETY

Are money damages requested? [X] Yes [ ] No

Dollar Amount Requested:
(check one)
- [ ] within arbitration limits
- [X] outside arbitration limits

Is this a *Class Action Suit*? [ ] Yes [X] No

Is this an *MDJ Appeal*? [ ] Yes [X] No

Name of Plaintiff/Appellant's Attorney: EVAN J. KLINE, ESQUIRE

- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**S E C T I O N   B**

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [X] Other:
  General Liability

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other

- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other

- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other

- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*